Karen L. O'Connor, OSB No. 953710
karen.oconnor@stoel.com
Caroline J. Livett, OSB No. 151871
caroline.livett@stoel.com
STOEL RIVES LLP
760 SW Ninth Ave., Suite 3000
Portland, OR  97205-1268
Telephone:  (503) 224-3380
Facsimile:   (503) 220-2480

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LUCAS PERKINS,<br><br>  Plaintiff,<br><br>v.<br><br>DAVE SINGH, an individual, and DANWEI LLC, an Oregon limited liability company,<br><br>  Defendants. | Case No.<br><br>(Multnomah County Circuit Court Case 19CV14620)<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1331 AND 1441** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, Defendants Dave Singh and Danwei LLC ("Defendants") remove this action from the Circuit Court of the State of Oregon, for the County of Multnomah, to the United States District Court for the District of Oregon in Portland, Oregon, and state that the removal is proper for the following reasons:

### Background

1.  On April 2, 2019, plaintiff Lucas Perkins ("Plaintiff") filed a complaint against Defendants in the Circuit Court of the State of Oregon, County of Multnomah, Case No. 19CV14620.  The Complaint is attached as Exhibit 1.

Page 1  -  DEFENDANTS' NOTICE OF REMOVAL OF ACTION

**Timeliness of Removal**

2. On June 27, 2019, Defendants were served with a copy of the Summons and Complaint from the state court proceedings. The Summons and Complaint are attached as Exhibit 2.

3. This Notice of Removal is timely filed as it is filed less than one year from the date this action was commenced and within 30 days of service upon Defendants. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (30-day deadline to remove commences upon service of the summons and complaint).

4. Defendants have not yet answered or otherwise replied to the Complaint filed in this action, nor has its time to respond expired.

**Federal Question Jurisdiction**

5. The Court has original jurisdiction of this action under 28 U.S.C. § 1331. Defendants may remove it from state court to federal court pursuant to 28 U.S.C. § 1441(a). Plaintiff action includes a claim for "FLSA Tip Theft" (Ninth Cause of Action) and therefore involves a controversy arising under the laws of the United States, to-wit, 29 U.S.C. § 203(m)(2)(B), *et seq*. (federal Fair Labor Standards Act) and 29 C.F.R. § 531.50, *et seq*. Additionally, plaintiff's Second Cause of Action is based on allegedly wrongful deductions of "the employer's share of Social Security and Medicare taxes," *see* Ex. 1 (Compl. ¶ 4), which are federally required deductions, and thus governed by and subject to federal law. Finally, the remainder of plaintiff's causes of action—for unpaid wages, conversion, breach of contract, tortious breach of duty of good faith and fair dealing, unjust enrichment, and money had and received—are based squarely on a tipping practice that plaintiff alleges is invalid under the

federal Fair Labor Standards Act. Plaintiff's claims rise and fall on whether Defendants' tipping practice is valid under federal law.

6. Because at least one of plaintiff's claims arises under the laws of the United States, this civil action is one in which the district courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a).

### Venue

7. Venue lies in the Portland Division of this Court pursuant to 28 U.S.C. § 1391(b)(1) and LR 3-2(a)(1) because Defendant Danwei LLC maintains a place of business in Multnomah County, Oregon, which is located within this district and the Portland Division, and because Defendant Dave Singh also resides in Portland, Oregon.

### Service of Notice of Removal

8. Notice of this removal will promptly be served on plaintiff and the Clerk of the Circuit Court of the State of Oregon for the County of Multnomah.

9. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served in this action, including the Summons and Complaint (Exhibit 1), are attached hereto.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

WHEREFORE, Defendants pray that this civil action be removed from the Circuit Court of the State of Oregon, County of Multnomah, to the United States District for the District of Oregon, Portland Division.

DATED:  July 26, 2019.

        STOEL RIVES LLP

        *s/ Caroline J. Livett*
        Karen L. O'Connor, OSB No. 953710
        Caroline J. Livett, OSB No. 151871
        Telephone:  (503) 224-3380

        Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL OF ACTION** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☒ facsimile transmission

☐ overnight delivery

☐ email

☐ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Mr. John M. Egan
John M. Egan, PC
547 Fifth Street
Lake Oswego, OR  97034-3009

Attorney for Plaintiff

DATED:  July 26, 2019.

                     STOEL RIVES LLP

                     *s/ Caroline J. Livett*
                     Karen L. O'Connor, OSB No. 953710
                     Caroline J. Livett, OSB No. 151871
                     Telephone:  (503) 224-3380

                     Attorneys for Defendants